UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| JOQUAN K. CLARK | ) Prohibited Person |
| a/k/a "JO'QUAN K. CLARK" | ) |

CR123-0029

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about September 18, 2022, in Burke County, within the Southern District of Georgia, the defendant,

**JOQUAN K. CLARK a/k/a "JO'QUAN K. CLARK"**,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith & Wesson, model M&P Shield, .40 caliber handgun, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction, the defendant, **JOQUAN K. CLARK a/k/a "JO'QUAN K. CLARK"**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a Smith & Wesson, model M&P Shield, .40 caliber handgun bearing serial number HUC5657.

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____  
Jill E. Steinberg  
United States Attorney

_____  
Patricia G. Rhodes  
Assistant United States Attorney  
Chief, Criminal Division

_____  
Jeremiah L. Johnson  
Assistant United States Attorney  
*Lead Counsel